1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BMW BANK OF NORTH AMERICA, et al.,

                Plaintiffs,

    v.

DUSHAWN JOHNSON,

                Defendant.

_____/

CASE NO. 1:11-cv-00295-LJO-SMS

ORDER GRANTING DEFENDANT'S MOTION TO PROCEED *IN FORMA PAUPERIS*

(Doc. 2)

       Defendant removed this case to this Court from the Superior Court of California, Tulare County, on February 18, 2011.  Defendant seeks to proceed *in forma pauperis*.  Defendant has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

       Accordingly, the Court GRANTS Defendant's's motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated:    February 24, 2011**           **/s/ Sandra M. Snyder**
                                 UNITED STATES MAGISTRATE JUDGE